942

No. 832. GIZ *v.* BROWNELL, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jack Wasserman* and *David Carliner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for respondent.

No. 841. EASTERN AIR LINES, INC., *v.* UNION TRUST CO. ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph W. Henderson, Richard W. Galiher* and *John M. Aherne* for petitioner. *David G. Bress, Sheldon E. Bernstein, Alvin L. Newmyer* and *Jo V. Morgan, Jr.* for respondents.

No. 522, Misc. McGUINN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 631, Misc. HUMPHRIES *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 658, Misc. HARRISON *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 676. MUMMA *v.* UNITED STATES, 352 U. S. 1003. Motion for leave to file petition for rehearing denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this motion.